*Application for Leave to Appeal Dismissed on Stipulation June 10, 2016:*

DELL V CITIZENS INSURANCE COMPANY OF AMERICA, No. 152747; reported below: 312 Mich App 734.

*Reconsideration Denied June 10, 2016:*

*In re* STURGIS, No. 152905; Court of Appeals No. 324127. Leave to appeal denied 499 Mich 862.

*Leave to Appeal Denied June 15, 2016:*